IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Nickey Pound, Sr., | : |
| | : |
| Plaintiff(s), | : |
| | : Case Number: 1:16cv474 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Correctional Officer Hawkins, | : |
| | : |
| Defendant(s). | : |

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on March 22, 2018 (Doc. 33), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired April 5, 2018, hereby

ADOPTS said Report and Recommendation.

Accordingly, defendant's motion for summary judgment (Doc. 25) is GRANTED. This

case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court